NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1525

WARSAW ORTHOPEDIC, INC., MEDTRONIC SOFAMOR
DANEK USA, INC., MEDTRONIC PUERTO RICO
OPERATIONS COMPANY and MEDTRONIC SOFAMOR
DANEK DEGGENDORF, GMBH,

Plaintiffs-Appellees,

v.

GLOBUS MEDICAL, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of
Pennsylvania in case no. 06-CV-4248, Judge Norma L. Shapiro.

ON MOTION

ORDER

Upon consideration of the appellant's motion for an extension of time, until May
24, 2010, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Cynthia D. Vreeland, Esq.
     Constantine L. Trela, Jr., Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2010

JAN HORBALY
CLERK